UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ROGER MOHLNG and ROBERT PARRY, | ) | Civ. No. 07-1019 |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **UNOPPOSED MOTION** |
| | ) | **FOR DISMISSAL** |
| FARM BUREAU MUTUAL INSURANCE COMPANY d/b/a Farm Bureau Financial Services, | ) ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COME NOW Plaintiffs Roger Mohling and Robert Parry, the above-named Plaintiffs, by and through their undersigned counsel, and Farm Bureau Mutual Insurance Company, the above-named Defendant, by and through its undersigned counsel, move the Court to accept their stipulation to voluntarily dismiss the above-entitled action without further notice to the parties or hearing, each party to bear its own costs, expenses, and attorneys' fees. It is further stipulated and agreed that this dismissal is with prejudice upon the merits.

Dated November 30, 2010.

S/ Stephanie E. Pochop
JOHNSON POCHOP LAW OFFICE
P.O. Box 149, Gregory, SD 57533
(605) 835-8391
Johnson@gwtc.net
Attorneys for Plaintiffs

Dated at Sioux Falls, South Dakota, this 30th day of November, 2010.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

*Sandra Hanson* (signature)

Sandra Hoglund Hanson
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
E-mail: shanson@dehs.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of November, 2010, a true and correct copy of the foregoing Unopposed Motion to Dismiss was served by electronic service upon the following:

> DAVENPORT, EVANS. HURWITZ & SMITH, L.L.P.
> Sandra Hoglund Hanson
> PO Box 1030
> Sioux Falls, SD 57101-1030
> Telephone: (605) 336-2880
> Facsimile: (605) 335-3639
> E-mail: shanson@dehs.com
> Attorney for Defendant Farm Bureau Mutual Insurance Company

/s/ Stephanie E. Pochop
Stephanie E. Pochop